UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BURGOS,

                Plaintiff(s),

    -against-

24 SEVEN, INC.,

                Defendant(s).
-------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

15 civ 1342 (JGK)

To All Parties,

You are directed to appear for a pretrial conference, to be held on **Monday, April 27, 2015,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                                  **Don Fletcher**
                                                  **Courtroom Case Manager**

Dated: New York, New York
         March 11, 2015

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/11/2015
```