**GOLDBERG SEGALLA LLP**
902 Carnegie Center, Suite 100
Princeton, New Jersey 08540-6530
Telephone: 609.986.1300
Attorneys for Defendant
24 Seven, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER BURGOS,<br><br>        Plaintiff,<br><br>v.<br><br>24 SEVEN, INC.,<br><br>        Defendant. | Civil Action No. 15-cv-1342<br><br>**NOTICE OF APPEARANCE OF CAROLINE J. BERDZIK, ESQ.** |

**PLEASE TAKE NOTICE** that Caroline J. Berdzik, Esq., hereby enters an appearance as counsel of record on behalf of Defendant, 24 Seven, Inc., in this action.

**PLEASE TAKE FURTHER NOTICE** that copies of all papers served in this matter should be served upon Caroline J. Berdzik, Esq. (cberdzik@goldbergsegalla.com).

Dated: April 1, 2015
                                          **GOLDBERG SEGALLA LLP**
                                          Attorneys for Defendant
                                          24 Seven, Inc.

                                          By   */s/ Caroline J. Berdzik*
                                                      Caroline J. Berdzik

3589836