**GOLDBERG SEGALLA LLP**
902 Carnegie Center, Suite 100
Princeton, New Jersey 08540-6530
Telephone: 609.986.1300
Attorneys for Defendant
24 Seven, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER BURGOS,<br><br>   Plaintiff,<br><br>v.<br><br>24 SEVEN, INC.,<br><br>   Defendant. | Civil Action No. 15-cv-1342<br><br>**RULE 7.1 CORPORATE DISCLOSURE** |

Defendant, 24 Seven, Inc., by and through its attorneys Goldberg Segalla LLP, as and for their disclosure statement pursuant to Rule 7.1 of the Federal Rules of Federal Procedure, state as follows:

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    Yes _____     No _X_

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    Yes _____     No _X_

                Respectfully submitted,

                **GOLDBERG SEGALLA LLP**
                Attorneys for Defendant
                24 Seven, Inc.

                By: _/s/Caroline J. Berdzik_
                   Caroline J. Berdzik
                   A Member of the Firm

Dated: April 1, 2015

3589894