**GOLDBERG SEGALLA LLP**
902 Carnegie Center, Suite 100
Princeton, New Jersey 08540-6530
Telephone: 609.986.1300
Attorneys for Defendant
24 Seven, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER BURGOS,<br><br>    Plaintiff,<br><br>v.<br><br>24 SEVEN, INC.,<br><br>    Defendant. | Civil Action No. 15-cv-1342<br><br>**NOTICE OF APPEARANCE OF MICHAEL S. KATZEN, ESQ.** |

**PLEASE TAKE NOTICE** that Michael S. Katzen, Esq., hereby enters an appearance as counsel of record on behalf of Defendant, 24 Seven, Inc., in this action.

**PLEASE TAKE FURTHER NOTICE** that copies of all papers served in this matter should be served upon Michael S. Katzen, Esq. (mkatzen@goldbergsegalla.com).

Dated: April 1, 2015       **GOLDBERG SEGALLA LLP**
                  Attorneys for Defendant
                  24 Seven, Inc.


                  By */s/ Michael S. Katzen*
                     Michael S. Katzen