UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JENNIFER BURGOS,

                        Plaintiff,

                        15 civ 1342 (JGK)

    -against-

24 SEVEN, INC.,

                        Defendant.
-----------------------------------------------------------X

## ORDER

The conference scheduled for Monday, April 27, 2015, will be a pre-motion conference, in light of the defendant's letter dated April 1, 2015.

**SO ORDERED.**

                                        JOHN G. KOELTL
                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 2, 2015

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2015