# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Jennifer Burgos<br>*Plaintiff*<br>v.<br>24 Seven, Inc.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 15 CV 1342 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jennifer Burgos

Date: 04/16/2015

/s/ Ronnie L. Silverberg
*Attorney's signature*

Ronnie L. Silverberg 2458487
*Printed name and bar number*

The Harman Firm, PC
1776 Broadway, Suite 2030
New York, NY 10019

*Address*

rsilverberg@theharmanfirm.com
*E-mail address*

(212) 425-2600
*Telephone number*

(212) 202-3926
*FAX number*