USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/24/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER BURGOS,

        Plaintiff,

- against -

24 SEVEN, INC.,

        Defendant.

15 Cv. 1342 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has previously resolved the defendant's letter motion docketed April 2, 2015. Accordingly, the **Clerk is directed to close Docket No. 7.**

SO ORDERED.

Dated:   New York, New York
        July 23, 2015

                              John G. Koeltl.
                          United States District Judge